RECEIVED
MAR 29 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:18-cr-00076 |
| | * | |
| | * | 18 U.S.C. §§ 9229(g)(1), 924(a)(2), |
| VERSUS | * | 924(c)(1)(A), 924(d), 1201(a)(1), & 2119 |
| | * | 28 U.S.C. § 2461 |
| | * | |
| | * | JUDGE: Drell |
| JON MICHAEL MAULDWIN | * | MAGISTRATE JUDGE: Hanna |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Kidnapping
### 18 U.S.C. § 1201(a)(1)

On or about the 20th day of August, 2017, in the Western District of Louisiana and elsewhere, the defendant, JON MICHAEL MAULDWIN, did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, carry away and hold B.G. for the purpose of transport, and in committing or in furtherance of the commission of the offense willfully transported B.G. using a means, facility, and instrumentality of interstate and foreign commerce; in violation of Title 18, United Sates Code, Section 1201(a)(1). [18 U.S.C. § 1201(a)(1)].

## COUNT 2
### Carjacking
### 18 U.S.C. § 2119

On or about the 20th day of August, 2017, in the Western District of Louisiana and elsewhere, the defendant, JON MICHAEL MAULDWIN, took a motor vehicle that had been transported, shipped and received in interstate and foreign commerce from and in the presence of B.G. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119. [18 U.S.C. § 2119].

## COUNT 3
### Using, Carrying, or Possessing a Firearm
### During and in Relation to a Crime of Violence
### 18 U.S.C. § 924(c)(1)(A)

On or about the 20th day of August, 2017, in the Western District of Louisiana and elsewhere, the defendant, JON MICHAEL MAULDWIN, did knowingly brandish, carry and use a firearm, that is a Smith and Wesson model PK380, .380 caliber pistol, bearing serial number PK096880, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Kidnapping, in violation of Title 18, United States Code, Section 1201(a)(1), and Carjacking, in violation of Title 18, United States Code, Section 2119; all in violation of Title 18, United States Code, Section 924(c)(1)(A). [18 U.S.C. § 924(c)(1)(A)].

## COUNT 4
### Using, Carrying, or Possessing a Firearm
### During and in Relation to a Crime of Violence
### 18 U.S.C. § 924(c)(1)(A)

On or about the 20th day of August, 2017, in the Western District of Louisiana and elsewhere, the defendant, JON MICHAEL MAULDWIN, did knowingly discharge, carry and use a firearm, that is a Smith and Wesson model PK380, .380 caliber pistol, bearing serial number PK096880, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Kidnapping, in violation of Title 18, United States Code, Section 1201(a)(1), and Carjacking, in violation of Title 18, United States Code, Section 2119; all in violation of Title 18, United States Code, Section 924(c)(1)(A). [18 U.S.C. § 924(c)(1)(A)].

## COUNT 5
### Possession of a Firearm by a Prohibited Person
### 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

On or about the 20th day of August, 2017, in the Western District of Louisiana and elsewhere, the defendant, JON MICHAEL MAULDWIN, having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess in and affecting interstate and foreign commerce a firearm, to wit: one Smith and Wesson model PK380, .380 caliber pistol, bearing serial number PK096880, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

## FORFEITURE ALLEGATION(S)

### 18 U.S.C. § 924(d) - Firearms Forfeiture

1. The allegations contained in Counts 1 through 5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense[s] in violation of Title 18, United States Code, Sections 922, 924, 1201, and 2219 set forth in Counts 1 through 5 of this Indictment, the defendant, JON MICHAEL MAULDWIN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one (1) Smith and Wesson model PK380, .380 caliber pistol, bearing serial number PK096880

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). [18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)].

A TRUE BILL:

*REDACTED*
GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
United States Attorney

By: _____
DANIEL J. McCOY, La. Bar No. 29334
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618